# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1052
Lower Tribunal No. 2021-CF-001931

_____

THOMAS R. WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and KAMOUTSAS, JJ., concur.


Thomas R. Wright, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED